In the Matter of the Application of EDWARD V. PRENDERGAST, Respondent, for a Mandamus Order against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CONCETTA BARTOLOMEO and Another, as Administrators, etc., of JOSEPH BARTOLOMEO, Deceased, Appellants, v. CHARLES BENNETT CONTRACTING COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and Burr, JJ., dissent.

FRANK H. MORSE, Appellant, v. JOHN H. DELANEY and Others, Constituting the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK; JAMES J. WALKER and Others, Constituting the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK; and THE CITY OF NEW YORK, Respondents.— Judgment and orders affirmed, with costs, on the opinion of Levy, J., at Special Term. [Reported in 128 Misc. 317.] Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.

JASPER A. CAMPBELL, Appellant, v. THE CITY OF NEW YORK; THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK; and JOHN H. DELANEY and Others, Constituting the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK; THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK; and JAMES J. WALKER and Others, Constituting the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK; CHARLES W. BERRY, Comptroller of the City of New York; GEORGE P. NICHOLSON, Corporation Counsel of the City of New York; and ROBERT RIDGWAY, Chief Engineer of the Board of Transportation of the City of New York, Respondents.— Judgment and orders affirmed, with costs, on the opinion of Levy, J., at Special Term.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.

JASPER A. CAMPBELL, Appellant, v. THE CITY OF NEW YORK; THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK; and JOHN H. DELANEY and Others, Constituting the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK; THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK; and JAMES J. WALKER and Others, Constituting the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK; CHARLES W. BERRY, Comptroller of the City of New York; GEORGE P. NICHOLSON, Corporation Counsel of the City of New York; and ROBERT RIDGWAY, Chief Engineer of the Board of Transportation of the City of New York, Respondents.— Judgment and orders affirmed, with costs, on the opinion of Levy, J., at Special Term.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.

FRANK H. MORSE v. JOHN H. DELANEY and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JASPER A. CAMPBELL v. THE CITY OF NEW YORK and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

---

* Opinion of Levy, J., rendered in *Morse* v. *Delaney* (128 Misc. 317), a companion case.— [REP.